# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| ERICKA MILLER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CASE NO. 8:16-cv-2575-VMC-AAS<br>) |
| FCA US LLC, | )<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Ericka Miller, and Defendant, FCA US LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs, and expenses.

Dated this 11th day of November, 2016.

| | |
|---|---|
| *s/ Shaughn C. Hill* | *s/ R. Frank Springfield* |
| Shaughn C. Hill | R. Frank Springfield |
| Florida Bar No. 105998 | Florida Bar No. 0010871 |
| MORGAN & MORGAN, TAMPA, P.A. | Gennifer L. Bridges |
| One Tampa City Center | Florida Bar No. 0072333 |
| 201 North Franklin Street, 7th Floor | BURR & FORMAN LLP |
| Tampa, Florida 33602 | 200 S. Orange Avenue, Suite 800 |
| Telephone: (813) 223-5505 | Orlando, Florida 32801 |
| shill@forthepeople.com | Telephone: (407) 540-6600 |
| lcrouch@forthepeople.com | Facsimile: (407) 540-6601 |
| | fspringf@burr.com |
| Attorney for Plaintiff | gbridges@burr.com |
| ERICKA MILLER | |
| | Attorneys for Defendant |
| | FCA US LLC |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of November, 2016, I filed a true and correct copy of the foregoing via the CM/ECF service, which will provide electronic notification to the all parties of record.

                                               *s/ Shaughn C. Hill*
                                               Shaughn C. Hill
                                               Florida Bar No. 105998